1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **DISTRICT OF NEVADA**

6

7 LOUANN BARNETT,                          )
                                          )
8                        Plaintiff,       )        Case No. 2:11-cv-00175-GMN-RJJ
                                          )
9 vs.                                     )        **ORDER**
                                          )
10 ,                                      )
   FREEDOMROADS, LLC,                     )
11                       Defendant.       )
   _____)

12

13      It has come to the court's attention that two orders for an ENE session have been entered in this

14 case.  As such,

15      **IT IS ORDERED** that:

16      1.      The Order Scheduling Early Neutral Evaluation Session (Dkt. #17) is **STRICKEN**.

17      2.      The Early Neutral Evaluation Conference is set for November 10, 2011, at 1:30 p.m., as

18              directed within the Order Scheduling Early Neutral Evaluation Session (Dkt. #14).  Any

19              deadlines within Dkt. #14 shall stand.

20      Dated this 15th day of September, 2011.

21

22                                              _____
                                                Peggy A. Leen
23                                              United States Magistrate Judge

24

25

26

27

28