# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LOUANN BARNETT,

                Plaintiff,      Case No. 2:11-cv-00175-GMN-RJJ

vs.                                           **ORDER**

,
FREEDOMROADS, LLC,

                Defendant.

    It has come to the court's attention that two orders for an ENE session have been entered in this case. As such,

    **IT IS ORDERED** that:

    1.    The Order Scheduling Early Neutral Evaluation Session (Dkt. #17) is **STRICKEN**.

    2.    The Early Neutral Evaluation Conference is set for November 10, 2011, at 1:30 p.m., as directed within the Order Scheduling Early Neutral Evaluation Session (Dkt. #14). Any deadlines within Dkt. #14 shall stand.

Dated this 15th day of September, 2011.

_____
Peggy A. Leen
United States Magistrate Judge