1  BRUCE C. YOUNG, ESQ., Bar #5560
   HILARY B. MUCKLEROY, ESQ., Bar #9632
2  LITTLER MENDELSON
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:      702.862.8811

5  Attorneys for Defendant FreedomRoads, LLC

6

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11 | LOUANN BARNETT,                              | Case No. 2:11-CV-00175-GMN-RJJ
12 |               Plaintiff,                     |
13 | vs.                                          | **MOTION TO REQUEST TELEPHONIC APPEARANCE AT EARLY NEUTRAL EVALUATION SESSION**
14 | FREEDOMROADS, LLC, successor in interest to WHEELER RV LAS VEGAS, |
15 | LLC, doing business as LAS VEGAS RV; DOES 1-10, |
16 |                                              |
   |               Defendants.                    |
17

18       Defendant FreedomRoads, LLC ("Defendant"), by and through its counsel of record, hereby

19 files this Motion requesting permission to permit Defendant's insurance representative to be

20 available telephonically for participation in the Early Neutral Evaluation ("ENE") Session, which is

21 currently scheduled for November 10, 2011.

22       The Order Scheduling ENE Session (**Docket #14**) requires the presence of a representative

23 for any insurance policies implicated by the proceedings.  Defendant files this Motion requesting

24 that its insurance representative be permitted to attend the ENE telephonically because the

25 representative resides in Illinois and, in light of the self-insured retention in this matter, indemnity

26 may not be triggered.  Therefore, Defendant believes that it would be more efficient and economical

27 to permit the insurance representative to appear telephonically.

28 . . .

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

In consideration of the above, Defendant respectfully requests that the Court grant its request to permit Defendant's insurance representatives to appear telephonically for the ENE session scheduled for November 10, 2011.

Dated: October 31, 2011

Respectfully submitted,

_____
BRUCE C. YOUNG, ESQ.
HILARY B. MUCKLEROY, ESQ.
LITTLER MENDELSON

Attorneys for Defendant FreedomRoads, LLC

IT IS SO ORDERED this 7th day of November, 2011.

_____
Peggy A. Leen
United States Magistrate Judge

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2

# PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada, 89169. On October 31, 2011, I served the within document(s):

**MOTION TO REQUEST TELEPHONIC APPEARANCE
AT EARLY NEUTRAL EVALUATION SESSION**

☒ By CM/ECF Filing – with the United States District Court of Nevada, a copy of the Court's notification of e-filing is attached to the hard copy for either faxing, mailing, overnight delivery, and/or hand-delivery.

Robert J. Kossack, Esq.
Kossack Law Offices
4535 W. Sahara Avenue, Suite 101
Las Vegas, NV 89102

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 31, 2011, at Las Vegas, Nevada.

/s/ Robyn Craig
Robyn Craig

Firmwide:104887710.1 064774.1009

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3