1
2
3
4
5
6
7                             UNITED STATES DISTRICT COURT
8                                    DISTRICT OF NEVADA
9                                            * * *
10   LOUANN BARNETT,                        )
                                            )
11                                          )
               Plaintiff,                   )      2:11-cv-0175-GMN-RJJ
12                                          )
     vs.                                    )
13                                          )
                                            )
14   FREEDOMROADS, LLC., etc., *et al*.,    )      O R D E R
                                            )
15                                          )
               Defendant,                   )
16   _____)

17       This matter is before the Court on Defendants' Request for Sanctions related to the
18   Emergency Motion to Compel (#39).
19       The Court held a hearing on the motion (*see*, Minutes of Proceedings (#51)) and granted
20   the Motion to Compel (#39). An Affidavit Requesting Fees (#50) was filed and the Court
21   subsequently held a hearing on said affidavit. *See,* Minutes of Proceedings (#54).
22       Based on the foregoing the Court finds that Plaintiff and Plaintiff's counsel were not
23   responsive or communicating with Defendants' counsel regarding the delay in producing the
24   requested discovery. Even when extensions were granted and Plaintiffs' attorney promised to
25   produce discovery, it was not forthcoming. The Defendant had no option but to bring the Motion
26   to Compel (#39). The Plaintiff's failure to produce discovery was not substantially justified and
27   the Court finds no other circumstances that make an award of expenses unjust. Finally, at the
28   hearing on the Affidavit Requesting Fees (#50)  Plaintiff's counsel orally requested

1  compensation for Defendants' failure to redact certain private information from some filed
2  documents. The Court finds this oversight inadvertent and quickly corrected after the hearing.
3  Therefore an award of sanctions on this matter is not justified.
4      Good cause appearing therefore.
5      IT IS HEREBY ORDERED that Defendants' Affidavit Requesting Fees (#50) is
6  GRANTED in part in the amount of $3,300.00. Said award is to be paid by the Plaintiff
7  forthwith.
8      IT IS FURTHER ORDERED that Plaintiff's oral request for compensation as described
9  above is DENIED.
10     DATED this __21st__ day of June, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge