UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LOUANN BARNETT, | ) |
| | ) |
| Plaintiff, | )   2:11-cv-0175-GMN-RJJ |
| vs. | ) |
| FREEDOMROADS, LLC., etc., *et al*., | )   O R D E R |
| Defendant, | ) |

This matter is before the Court on Defendants' Request for Sanctions related to the Emergency Motion to Compel (#39).

The Court held a hearing on the motion (*see*, Minutes of Proceedings (#51)) and granted the Motion to Compel (#39). An Affidavit Requesting Fees (#50) was filed and the Court subsequently held a hearing on said affidavit. *See,* Minutes of Proceedings (#54).

Based on the foregoing the Court finds that Plaintiff and Plaintiff's counsel were not responsive or communicating with Defendants' counsel regarding the delay in producing the requested discovery. Even when extensions were granted and Plaintiffs' attorney promised to produce discovery, it was not forthcoming. The Defendant had no option but to bring the Motion to Compel (#39). The Plaintiff's failure to produce discovery was not substantially justified and the Court finds no other circumstances that make an award of expenses unjust. Finally, at the hearing on the Affidavit Requesting Fees (#50) Plaintiff's counsel orally requested

1  compensation for Defendants' failure to redact certain private information from some filed
2  documents. The Court finds this oversight inadvertent and quickly corrected after the hearing.
3  Therefore an award of sanctions on this matter is not justified.
4      Good cause appearing therefore.
5      IT IS HEREBY ORDERED that Defendants' Affidavit Requesting Fees (#50) is
6  GRANTED in part in the amount of $3,300.00. Said award is to be paid by the Plaintiff
7  forthwith.
8      IT IS FURTHER ORDERED that Plaintiff's oral request for compensation as described
9  above is DENIED.
10      DATED this __21st__ day of June, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge